UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIANA MARTINEZ,

              Plaintiff,

- against -

UNITED STATES OF AMERICA HEALTH
& HUMAN SERVICES,

              Defendant.
-------------------------------------------------------------X

19-cv-5582 (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated during the conference held on January 9, 2020, the settlement conferenced scheduled for January 23, 2020 has been cancelled. If and when parties believe it beneficial to re-engage the Court for purposes of settlement, they shall contact the chambers of Hon. Sarah L. Cave, United States Magistrate Judge, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2020
       New York, New York