UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Plaintiff, Diana Martinez,

-v-

Defendant. USA of Health & Human Services

---------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19-cv-5582 (RWL) (SLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2020

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute:*
  _____
  _____
- If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [x] Settlement*
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____

  All such motions: _____

*Do not check if already referred for general pretrial.

Dated 1/9/2020

SO ORDERED:

_____
MAGISTRATE
United States ~~District~~ Judge

Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York