```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIANA MARTINEZ,                                       :
                                                           :
                      Plaintiff,             :
                                                           :
                                                           :
      - against -                                   :
                                                           :
UNITED STATES OF AMERICA HEALTH    :
& HUMAN SERVICES,                              :
                                                           :
                    Defendant.          :
------------------------------------------------------------X

19-cv-5582 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter regarding coordination of discovery in this action and the state action. The request for conference is denied without prejudice. Plaintiff first needs to comply with this Court's rules for discovery correspondence, including the obligation to meet and confer. So as to make the best use of the Courts' time, the Court directs the parties to discuss the issues and present a proposal for both Courts to consider.

                                                      SO ORDERED.

                                                      _____
                                                      ROBERT W. LEHRBURGER
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2021
         New York, New York