```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA MARTINEZ

         Plaintiff

-against-

UNITED STATES OF AMERICA

         Defendant.

Docket No. 19 CV 5582 (RWL)

**AMENDED COORDINATION AND PRETRIAL DISCOVERY ORDER**

WHEREAS the above-captioned action is currently pending before this Court for all purposes (the "Federal Action");

WHEREAS, an action entitled Diana Martinez v. Bronx-Lebanon Hospital Center, et al., is currently pending before Justice Joseph E. Capella in the Supreme Court of the State of New York, County of Bronx, Index No. 33531/2018E (the "State Action");

WHEREAS, this Court has entered an order, ECF No. 25, to coordinate discovery in the Federal Action with discovery in the State Action (the "Discovery Order"); and,

WHEREAS discovery is ongoing in both the Federal and State Action and the parties are making every effort to complete the discovery in the most expeditious manner possible,

IT IS HEREBY ORDERED:

1. The Discovery Order is amended as follows: (i) fact discovery is due by May 26, 2023; and (ii) expert discovery is due by September 29, 2023

2. The Court will not grant extensions indefinitely. At some point, the federal case may need to move forward independently of the state case.

Date: January 12, 2023

_____
Robert W. Lehrburger
U.S.M.J.