

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 25, 2025

**By ECF**
Hon. Robert W. Lehrburger
United States District Court
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

4/28/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Martinez v. United States,* 19 CV 5582 (RWL)

Dear Judge Lehrburger:

    This Office represents the United States (the "Government") in this medical malpractice action brought by plaintiff Diana Martinez under the Federal Tort Claims Act. A settlement conference is currently scheduled for May 6. I write respectfully to request a one-day extension of the deadline for the Government to submit its settlement position statement to the Court, to April 30, 2025. The request is being made to ensure that the Government has sufficient time to finalize its settlement position.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
    *Attorney for the United States*

By:  /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov